UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DR. CHARITY WELCH,
Plaintiff,

v.

MILLERSVILLE UNIVERSITY and VICTOR DESANTIS,
Defendants.

No. 5:20-cv-4942

**ORDER**

**AND NOW**, this 14th day of January, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, ECF No. 25, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge